# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,                          )<br>                                                                          )<br>                    Plaintiff,                                  )<br>                                                                          )<br>          v.                                                          )<br>                                                                          )<br>AT&T MOBILITY LLC, AT&T MOBILITY II  )<br>LLC and NEW CINGULAR WIRELESS            )<br>SERVICES, INC.,                                               )<br>                                                                          )<br>                    Defendants.                              )<br>                                                                          )<br>      and                                                            )<br>                                                                          )<br>ERICSSON INC. and                                          )<br>TELEFONAKTIEBOLAGET LM ERICSSON, )<br>                                                                          )<br>                    Intervenors.                              ) | C.A. No. 13-1668-LPS |
| INTELLECTUAL VENTURES I LLC,                          )<br>                                                                          )<br>                    Plaintiff,                                  )<br>                                                                          )<br>          v.                                                          )<br>                                                                          )<br>LEAP WIRESLESS INTERNATIONAL, INC.  )<br>and CRICKET COMMUNICATIONS, INC.,     )<br>                                                                          )<br>                    Defendants.                              )<br>                                                                          )<br>      and                                                            )<br>                                                                          )<br>ERICSSON INC. and                                          )<br>TELEFONAKTIEBOLAGET LM ERICSSON, )<br>                                                                          )<br>                    Intervenors.                              ) | C.A. No. 13-1669-LPS |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1670-LPS |
| | ) | |
| NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1671-LPS |
| | ) | |
| T-MOBILE USA, INC. and T-MOBILE US, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1672-LPS |
| | ) | |
| UNITED STATES CELLULAR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1229-LPS |
| | ) | |
| AT&T MOBILITY LLC, AT&T MOBILITY II LLC and NEW CINGULAR WIRELESS SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1230-LPS |
| | ) | |
| LEAP WIRESLESS INTERNATIONAL, INC. and CRICKET COMMUNICATIONS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1231-LPS |
| | ) | |
| NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM L.P., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1232-LPS |
| | ) | |
| T-MOBILE USA, INC. and | ) | |
| T-MOBILE US, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1233-LPS |
| | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

## PROPOSED AMENDED SCHEDULE

At the April 29, 2015 hearing regarding Defendants' Motion to Stay, the Court requested a proposal for amending the schedule in light of the ongoing IPR process. Having met and conferred, the parties hereby submit the following proposed amended schedule, subject to the approval of the Court, for the deadlines that will control these actions going forward:

| | | |
|---|---|---|
| Initial Invalidity Contentions | May 4, 2015 | |
| Interim Status Report | May 13, 2015 | May 28, 2015 |
| Claim Term Exchange | June 1, 2015 | October 7, 2015 |
| Claim Construction Exchange | June 22, 2015 | November 2, 2015 |
| Meet and Confer to Prepare Joint Claim Charts | June 29, 2015 | by December 4, 2015 |
| Document Production | June 29, 2015 | August 14, 2015, with the parties using their best efforts to begin rolling productions by June 19, 2015 |
| Joint Claim Chart | July 21, 2015 | December 23, 2015 |
| Proposal for Page Limitations for Claim Construction Briefing | July 21, 2015 | December 1, 2015 |
| Opening Claim Construction Briefs | September 7, 2015 | January 22, 2016 |
| Technology Tutorials | September 21, 2015 | February 5, 2016 |
| Answering Claim Construction Briefs | October 29, 2015 | February 26, 2016 |
| Responses to Technology Tutorials | November 5, 2015 | March 4, 2016 |
| Meet and Confer to Discuss Order of Claim Construction Presentation | at least 14 days prior to hearing | at least 14 days prior to hearing |
| Claim Construction Hearing | November 30, 2015 | ~~Week of March 21, 2016~~ April 4, 2016 1:00 p.m. |

6

| | | |
|---|---|---|
| Final Identification of Accused Products and Invalidity References | December 18, 2015 | April 15, 2016 |
| Amendments to Pleadings re: Inequitable Conduct | December 30, 2015 | December 30, 2015 |
| Final Infringement Contentions (plaintiffs may assert up to 5 claims per asserted patent, but no more than 48 total claims, per defendant) | March 7, 2016 | June 15, 2016 |
| Final Invalidity Contentions | March 23, 2016 (4 primary references per asserted claim, plus 8 obviousness combinations per asserted claims) | July 8, 2016 |
| Close of Fact Discovery | March 18, 2016 | June 17, 2016 |
| Opening Expert Reports | April 22, 2016 | July 22, 2016 |
| Rebuttal Expert Reports | June 16, 2016 | September 2, 2016 |
| Expert Discovery Completed | September 2, 2016 | October 14, 2016 |
| Case Dispositive and Daubert Motions | September 30, 2016 | November 4, 2016 |
| Answering Briefs re: Case Dispositive and Daubert Motions | November 4, 2016 | December 5, 2016 |

| | | |
|---|---|---|
| Reply Briefs re: Case Dispositive and Daubert Motions | November 21, 2016 | December 20, 2016 |
| Hearing on Dispositive and Daubert Motions | December 20, 2016 at 3:00 p.m. | January 2̶4̶, 2017 at 1̶:̶0̶0̶ ̶p̶m̶ |
| Joint Statement re: Proposals for Trial Scheduling | January 20, 2017 | January 20, 2017 |
| Trial Scheduling Conference | January 24, 2017 at 3:00 p.m. | January 24, 2017 at 1̶:00 p.m. |
| Final Pretrial Order | March 1, 2017 | March 1, 2017 |
| Final Pretrial Conference | March 10, 2017 at 11:30 a.m. | March 10, 2017 at 11:30 a.m. |
| Trial | April 10, 2017 | April 10, 2017 |

---

[1]The parties suggest either combining this hearing date on dispositive motions with the Trial Scheduling Conference, or setting it for an alternate date at the Court's convenience.

8

Dated: May 28, 2015

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., Leap Wireless International, Inc., Cricket Communications, Inc., Nextel Operations, Inc., Sprint Spectrum, L.P., T-Mobile USA, Inc. and T-Mobile US, Inc., United States Cellular Corporation and Intervenor Ericsson, Inc. and Telefonaktiebolaget LM Ericsson*

SO ORDERED this 1st day of June, 2015.

_____
The Honorable Leonard P. Stark