**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,                     ) | |
|                          ) | |

INTELLECTUAL VENTURES I LLC,                     )
                                )
           Plaintiff,                              )
                                )
     v.                                            )     C.A. No. 13-1668-LPS
                                )
AT&T MOBILITY LLC, AT&T MOBILITY II  )
LLC and NEW CINGULAR WIRELESS         )
SERVICES, INC.,                                  )
                                )
           Defendants.                           )
                                )
      and                                           )
                                )
ERICSSON INC. and                              )
TELEFONAKTIEBOLAGET LM ERICSSON,  )
                                )
           Intervenors.                          )
_____

INTELLECTUAL VENTURES I LLC,                     )
                                )
           Plaintiff,                              )
                                )
     v.                                            )     C.A. No. 13-1669-LPS
                                )
LEAP WIRESLESS INTERNATIONAL, INC.  )
and CRICKET COMMUNICATIONS, INC.,   )
                                )
           Defendants.                           )
                                )
      and                                           )
                                )
ERICSSON INC. and                              )
TELEFONAKTIEBOLAGET LM ERICSSON,  )
                                )
           Intervenors.                          )

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1670-LPS |
| | ) | |
| NEXTEL OPERATIONS, INC. and | ) | |
| SPRINT SPECTRUM L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1671-LPS |
| | ) | |
| T-MOBILE USA, INC. and | ) | |
| T-MOBILE US, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1672-LPS |
| | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1229-LPS |
| | ) | |
| AT&T MOBILITY LLC, AT&T MOBILITY II | ) | |
| LLC and NEW CINGULAR WIRELESS | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1230-LPS |
| | ) |
| LEAP WIRESLESS INTERNATIONAL, INC. | ) |
| and CRICKET COMMUNICATIONS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| ERICSSON INC. and | ) |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) |
| | ) |
| Intervenors. | ) |
| INTELLECTUAL VENTURES II LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1231-LPS |
| | ) |
| NEXTEL OPERATIONS, INC. and | ) |
| SPRINT SPECTRUM L.P., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| ERICSSON INC. and | ) |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) |
| | ) |
| Intervenors. | ) |

INTELLECTUAL VENTURES II LLC,   )
                                )
              Plaintiff,        )
                                )
       v.                       )       C.A. No. 14-1232-LPS
                                )
T-MOBILE USA, INC. and          )
T-MOBILE US, INC.,              )
                                )
              Defendants.        )
                                )
       and                      )
                                )
ERICSSON INC. and               )
TELEFONAKTIEBOLAGET LM ERICSSON, )
                                )
              Intervenors.       )
_____ )
INTELLECTUAL VENTURES II LLC,   )
                                )
              Plaintiff,        )
                                )
       v.                       )       C.A. No. 14-1233-LPS
                                )
UNITED STATES CELLULAR          )
CORPORATION,                    )
                                )
              Defendant.         )
                                )
       and                      )
                                )
ERICSSON INC. and               )
TELEFONAKTIEBOLAGET LM ERICSSON, )
                                )
              Intervenors.       )
_____ )

## INTERIM STATUS REPORT

The parties submit this Interim Status Report as ordered in the Scheduling Order (D.I. 90). The parties are continuing the discovery process. The parties exchanged opening claim construction briefing and expert declarations on January 25, 2016, and responsive claim construction briefing and expert declarations on February 26, 2016, and will submit a joint claim construction brief to the Court on March 8, 2016 (D.I. 176). IV states that in connection with its

responsive briefing and to aid the Court in determining the meaning of the claims, IV adjusted several of its constructions for one patent; Defendants state that they believe that supplemental briefing is needed to address IV's new constructions for which they intend to seek leave of Court. The parties submitted technology tutorials to the Court on February 19, 2016, and will submit their respective comments to the Court regarding these technology tutorials on March 18, 2016. Pursuant to the Scheduling Order, the parties will meet and confer on or before March 21, 2016, to discuss the order of the claim construction presentation for the *Markman* hearing currently scheduled for April 4, 2016.

With respect to the pending *inter partes* review proceedings before the United States Patent and Trademark Office, the Patent Trial and Appeal Board has issued final written decisions holding invalid all asserted claims from five patents-in-suit -- U.S. Patent Nos. 8,396,079; U.S. Patent No. 7,848,353; U.S. Patent No. 6,023,783; U.S. Patent No. 7,269,127; and U.S. Patent No. 8,310,993. *See* D.I. 165, 196, 201. The Patent Trial and Appeal Board is expected to issue two more final written decisions regarding U.S. Patent Nos. 5,963,557 and 6,370,153 on or before March 18, 2016. The parties are discussing the impact of these decisions as to these cases, and should they be unable to reach agreement, Defendants and Ericsson may seek relief at an appropriate time.

Defendants AT&T, Cricket, and Sprint intend to seek leave to file amended answers. The parties have met and conferred, and IV opposes the amendment. The parties will utilize the Court's briefing procedures for motions to amend.

In addition, a number of discovery-related issues may need to be raised with the Court in the next few weeks, including the sufficiency of certain discovery responses by all parties.

Should the parties be unable to reach resolution on these issues, they may seek to resolve these issues under the Court's discovery dispute procedure.

With respect to the other significant deadlines in these cases, the discovery deadline is June 17, 2016, and trial is set for April 10, 2017.

Dated: March 2, 2016

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., Leap Wireless International, Inc., Cricket Communications, Inc., Nextel Operations, Inc., Sprint Spectrum, L.P., T-Mobile USA, Inc. and T-Mobile US, Inc., United States Cellular Corporation and Intervenor Ericsson, Inc. and Telefonaktiebolaget LM Ericsson*