# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>AT&T MOBILITY LLC; AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>　　　Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>　　　Intervenors. | Civil Action No. 13-cv-1668-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. AND CRICKET COMMUNICATIONS, INC.,<br><br>　　　Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>　　　Intervenors. | Civil Action No. 13-cv-1669-LPS<br><br>JURY TRIAL DEMANDED |

1

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | |
| Plaintiff, | Civil Action No. 13-cv-1670-LPS |
| v. | JURY TRIAL DEMANDED |
| NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P., | |
| Defendants, | |
| and | |
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON | |
| Intervenors. | |
| INTELLECTUAL VENTURES I LLC, | |
| Plaintiff, | Civil Action No. 13-cv-1671-LPS |
| v. | JURY TRIAL DEMANDED |
| T-MOBILE USA, INC. AND T-MOBILE US, INC., | |
| Defendants, | |
| and | |
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON | |
| Intervenors. | |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 13-cv-1672-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>    Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 14-cv-1229-LPS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. AND CRICKET COMMUNICATIONS, INC.,<br><br>    Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 14-cv-1230-LPS<br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 14-cv-1231-LPS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. AND T-MOBILE US, INC.,<br><br>    Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 14-cv-1232-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 14-cv-1233-LPS<br><br>JURY TRIAL DEMANDED |

## **JOINT APPENDIX OF CLAIM CONSTRUCTION BRIEF**

In accordance with the Court's guidelines for joint claim construction briefing, the parties submit this joint appendix containing the following extrinsic evidence and expert declarations.

5

| Exhibit No. | Description | Party Citing | Volume No. |
|---|---|---|---|
| A1 | Brown, Th., "M/G/1 Round Robin Discipline," Computing 22, 225, 225 (Springer-Verlag 1979). | Defendants and Ericsson | 1 |
| A2 | Merriam Webster's Collegiate Dictionary, Tenth Edition (1993) ("Webster's") | Defendants and Ericsson | 1 |
| A3 | The Authoritative Dictionary of IEEE Standards Terms (7th Ed. 2000) ("IEEE Dict.") | Defendants and Ericsson | 1 |
| A4 | Declaration of Jeffrey Fischer, dated Jan. 25, 2016 | Defendants and Ericsson | 1 |
| A5 | Declaration of Dr. Izhak Rubin, dated Jan. 25, 2016 | Defendants and Ericsson | 1 |
| A6 | Supplemental Declaration of Dr. Izhak Rubin, dated February 25, 2016 | Defendants and Ericsson | 1 |
| A7 | Tanenbaum, Andrew S., "Computer Networks" (3d Ed. 1996) | Defendants and Ericsson | 1 |
| PMX 1 | Newton's Telecom Dictionary, 4th Ed., "Encoding" | Plaintiffs | 1 |
| PMX 2 | Chambers Science and Technology Dictionary, 1991, "Encoding" | Plaintiffs | 1 |
| PMX 3 | IPR2015-01872, Declaration of Mark R. Lanning Regarding U.S. Patent No. 7,385,994 | Plaintiffs | 1 |
| PMX 4 | Expert Declaration of Dr. Todd Moon ISO Plaintiff's Proposed Claim Constructions | Plaintiffs | 1 |
| PMX 5 | Dr. Todd Moon CV - November 2015 | Plaintiffs | 1 |
| PMX 6 | RFC: 791, Internet Protocol, Darpa Internet Program Protocol Specification. Sept. 1981 | Plaintiffs | 1 |
| PMX 7 | U.S. Patent No. 5,440,545 | Plaintiffs | 1 |
| PMX 8 | Perkins and Bhagwat, Continuous, transparent network access for portable users. A Mobile Networking System based on | Plaintiffs | 1 |

| Exhibit No. | Description | Party Citing | Volume No. |
|---|---|---|---|
| | Internet Protocol. | | |
| PMX 9 | Bolla, Control of Multirate Synchronous Streams in Hybrid TDM Access Networks. IEEE Vol. 5, No. 2, April 1997 | Plaintiffs | 1 |
| PMX 10 | Standard Dictionary of Electrical and Electronics Terms, 4th Ed. 1988 | Plaintiffs | 1 |
| PMX 11 | Microsoft Press. Computer Dictionary, 2nd Ed. The Comprehensive Standard for Business, School, Library, and Home. 1994 | Plaintiffs | 1 |
| PMX 12 | Expert Declaration of Michael C. Brogioli ISO Plaintiff's Proposed Claim Constructions | Plaintiffs | 1 |
| PMX 13 | Dr. Michael C. Brogioli CV | Plaintiffs | 1 |
| PMX 14 | Weiss et al., Synchronization Algorithms and Preamble Concepts for Spectrum Pooling Systems | Plaintiffs | 1 |
| PMX 15 | Roden, Analog and Digital Communication Systems, 4th Ed., 1996 | Plaintiffs | 1 |
| PMX 16 | Tse, Fundamentals of Wireless Communications 12. August 13, 2004 | Plaintiffs | 1 |
| PMX 17 | IPR2014-01331, Decision Denying Institution of Inter Partes Review. Feb. 24, 2015 | Plaintiffs | 1 |
| PMX 18 | IPR2015-01873, Petition for Inter Partes Review | Plaintiffs | 2 |
| PMX 19 | IPR2015-01873, Declaration of Mark. R. Lanning regarding U.S. Patent No. 6,640,248 | Plaintiffs | 2 |
| PMX 20 | IPR2014-01170, Petition for Inter Partes Review August 6, 2015 | Plaintiffs | 2 |
| PMX 21 | IPR2015-01872, Petition for Inter Partes Review September 8, 2015 | Plaintiffs | 2 |
| PMX 22 | Misra, Wireless Communications and Networks, 3G and Beyond, 2 | Plaintiffs | 2 |

| Exhibit No. | Description | Party Citing | Volume No. |
|---|---|---|---|
| | (1990) | | |
| PMX 23 | Rappaport, Wireless Communications Principles and Practices, 26 (1996) | Plaintiffs | 2 |
| PMX 24 | Second Expert Declaration of Dr. Todd Moon ISO IV's Proposed Claim Constructions | Plaintiffs | 2 |
| PMX 25 | IPR2014-01195 Final Written Decision, January 29, 2016 | Plaintiffs | 2 |
| PMX 26 | Webster's Definition of "enable" | Plaintiffs | 2 |
| PMX 27 | American Heritage Definition of "enable" | Plaintiffs | 2 |
| PMX 28 | IPR2014-01195 Ericsson Petition, July 22, 2014 | Plaintiffs | 2 |
| PMX 29 | IPR2015-01664 Ericsson Petition, August 3, 2015 | Plaintiffs | 2 |
| PMX 30 | IPR2014-01195 Haas Declaration, July 22, 2014 | Plaintiffs | 3 |
| PMX 31 | Second Expert Declaration of Michael C. Brogioli ISO Plaintiff's Proposed Claim Constructions | Plaintiffs | 3 |
| PMX 32 | WCDMA Design Handbook, Mar. 2005 | Plaintiffs | 3 |
| PMX 33 | Korhonen, Introduction to 3G Mobile Communications | Plaintiffs | 3 |
| PMX 34 | Rappaport et al., Wireless Personal Communications: the Evolution of Personal Communications Systems (1996) | Plaintiffs | 3 |
| PMX 35 | McCune, Practical Digital Wireless Signals 2010 | Plaintiffs | 3 |
| PMX 36 | Parkinson, Global Positioning System: Theory and Applications (1996) | Plaintiffs | 3 |
| PMX 37 | Buehrer, Code Division Multiple Access (CDMA) (2006) | Plaintiffs | 3 |
| PMX 38 | Sesia et al., LTE the UMTS Long Term Evolution: From Theory to | Plaintiffs | 3 |

| Exhibit No. | Description | Party Citing | Volume No. |
|---|---|---|---|
| | Practice (2nd E.D., 2011) | | |
| PMX 39 | Gibson, Mobile Communications Handbook, (3rd E.D., 2012) | Plaintiffs | 3 |
| PMX 40 | Doberstein, Fundamentals of GPS Receivers: A Hardware Approach | Plaintiffs | 3 |
| PMX 41 | U.S. Patent No. 8,254,367 | Plaintiffs | 3 |
| PMX 42 | U.S. Patent No. 7,742,535 | Plaintiffs | 3 |
| PMX 43 | U.S. Patent No. 7,957,759 | Plaintiffs | 3 |
| PMX 44 | U.S. Patent No. 6,141,373 | Plaintiffs | 3 |
| PMX 45 | U.S. Patent App. 2009/0003308 | Plaintiffs | 3 |
| PMX 46 | Docket Navigator Report for term "substantially" since 2000 | Plaintiffs | 3 |
| PMX 47 | Docket Navigator Report for term "substantially" after Nautilus | Plaintiffs | 3 |
| PMX 48 | IPR2014-01195 Zeger Declaration, April 23, 2015 | Plaintiffs | 3 |
| PMX 49 | IPR2014-00963 Final Written Decision, October 22, 2015 | Plaintiffs | 3 |

| | |
|---|---|
| Dated: March 9, 2016 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Jennifer Ying<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>jying@mnat.com<br><br>*Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., Leap Wireless International, Inc., Cricket Communications, Inc., Nextel Operations, Inc., Sprint Spectrum, L.P., T-Mobile USA, Inc. and T-Mobile US, Inc., United States Cellular Corporation and Intervenor Ericsson, Inc. and Telefonaktiebolaget LM Ericsson* |