# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

March 18, 2016

**BY E-FILING**

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:   *Intellectual Ventures I & II LLC v. AT&T Mobility LLC, et al.*,
>        C.A. Nos. 13-1668 – 13-1672; 14-1229 – 14-1233 (LPS)

Dear Chief Judge Stark:

Defendants and Intervenor Ericsson (collectively, "Defendants") write to inform the Court that the Patent Trial and Appeal Board ("PTAB") has issued final written decisions holding invalid claims 1, 2, 4–7, 10–16, 18–21, 24–28, and 32 of U.S. Patent No. 5,963,557 ("the '557 Patent") and claims 1–27 of U.S. Patent No. 6,370,153 (the '153 Patent"). These final written decisions invalidated all of the claims from those patents that Plaintiff Intellectual Ventures has asserted against Defendants in these actions. Copies of the final written decisions are attached as Exhibits 1 and 2.

Claim terms from the invalidated '557 and '153 Patents are currently the subject of claim construction briefing by the parties, with the Markman hearing scheduled for April 4, 2016. Defendants are discussing with IV the impact of these decisions as to these cases, and reserve the right to seek relief, if needed, with respect to the '557 and '153 Patents at an appropriate time.

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

cc:   Clerk of the Court
       All Counsel of Record