# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Karen Jacobs**
(302) 351-9227
kjacobs@mnat.com

April 4, 2016

The Honorable Leonard P. Stark　　　　　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:　*Intellectual Ventures I LLC & Intellectual Ventures II LLC v. AT&T Mobility LLC, et al.*, C.A. Nos. 13-1668 – 13-1672 and 14-1229 – 14-1233 (LPS)

Dear Chief Judge Stark:

      In connection with the upcoming *Markman* hearing scheduled for April 4, 2016, the parties write to inform the Court of the following, subject to the Court's approval:

      The parties have agreed, and respectfully suggest, that the Court need not construe at this time the disputed terms of U.S. Patent Nos. 6,370,153 (the "'153 Patent") and 5,963,557 (the "'557 Patent"). As such, the parties will not be presenting oral argument on the '153 or '557 Patents at the April 4, 2016 *Markman* hearing. The parties reserve the right to later address these patents should they need to be litigated in the future.

      Counsel is available to discuss these issues should the Court have any questions.

      Respectfully,

      */s/ Karen Jacobs*

      Karen Jacobs (#2881)

cc:　Clerk of the Court
　　　All Counsel of Record