IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1668 (LPS) |
| | ) | |
| AT&T MOBILITY LLC, AT&T MOBILITY II LLC and NEW CINGULAR WIRELESS SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1669 (LPS) |
| | ) | |
| CRICKET COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1670 (LPS) |
| | ) | |
| NEXTEL OPERATIONS, INC. and SPRINT SPECTRUM L.P., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1671 (LPS) |
| | ) | |
| T-MOBILE USA, INC. and T-MOBILE US, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1672 (LPS) |
| | ) | |
| UNITED STATES CELLULAR CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1229 (LPS) |
| | ) | |
| AT&T MOBILITY LLC, AT&T MOBILITY II LLC and NEW CINGULAR WIRELESS SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |

3

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1230 (LPS) |
| | ) | |
| CRICKET COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| | ) | |
| INTELLECTUAL VENTURES II LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1231 (LPS) |
| | ) | |
| NEXTEL OPERATIONS, INC. and | ) | |
| SPRINT SPECTRUM L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, )<br>)<br>          Plaintiff, )<br>)<br>  v. )<br>)<br>T-MOBILE USA, INC. and )<br>T-MOBILE US, INC., )<br>)<br>          Defendants. )<br>)<br>  and )<br>)<br>ERICSSON INC. and )<br>TELEFONAKTIEBOLAGET LM ERICSSON, )<br>)<br>          Intervenors. ) | C.A. No. 14-1232 (LPS) |
| INTELLECTUAL VENTURES II LLC, )<br>)<br>          Plaintiffs, )<br>)<br>  v. )<br>)<br>UNITED STATES CELLULAR )<br>CORPORATION, )<br>)<br>          Defendant. )<br>)<br>  and )<br>)<br>ERICSSON INC. and )<br>TELEFONAKTIEBOLAGET LM ERICSSON, )<br>)<br>          Intervenors. ) | C.A. No. 14-1233 (LPS) |

**STIPULATION AND [PROPOSED] ORDER TO STAY**

IT IS HEREBY STIPULATED, by and between plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs"), Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"), and AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., Cricket Communications, Inc., Nextel Operations, Inc., Sprint Spectrum L.P., T-Mobile USA, Inc., T-Mobile US, Inc., and United

States Cellular Corporation (collectively, "Defendants"), subject to the approval of the Court, that the parties jointly agree to stay all proceedings before this Court relating to U.S. Patent No. 7,848,353 (the "'353 Patent"), U.S. Patent No. 8,396,079 (the "'079 Patent"), and U.S. Patent No. 7,269,127 (the "'127 Patent") pending final resolution of all appeals of the determinations of invalidity of claims of these patents by the Patent Trial and Appeal Board.

IV's agreement to stay the '353, '079, and '127 Patents is based on the facts and circumstances related to those patents, and shall not be considered an agreement or grounds to stay any other patents. Nor shall IV's agreement to stay the '353, '079, and '127 Patents be construed as an admission that IV believes a stay is appropriate in any other circumstances. Defendants and Ericsson agree they shall not use IV's agreement to stay the '353, '079, and '127 Patents as grounds for staying any other asserted patent or this case.

| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Karen Jacobs* |
| Joseph J. Farnan, III (#3945)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>jfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>   *Attorneys for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>jying@mnat.com<br><br>   *Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., Leap Wireless International, Inc., Cricket Communications, Inc., Nextel Operations, Inc., Sprint Spectrum, L.P., T-Mobile USA, Inc. and T-Mobile US, Inc., United States Cellular Corporation and Intervenor Ericsson, Inc.* |

May 3, 2016

IT IS SO ORDERED this _____ day of May, 2016.

```
                                        _____
                                        The Honorable Leonard P. Stark
```