IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1668 (LPS) |
| | ) | |
| AT&T MOBILITY LLC, AT&T MOBILITY II LLC and NEW CINGULAR WIRELESS SERVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1669 (LPS) |
| | ) | |
| CRICKET COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) ) | |
| | ) | |
| Intervenors. | ) | |

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1670 (LPS) |
| | ) | |
| NEXTEL OPERATIONS, INC. and | ) | |
| SPRINT SPECTRUM L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |
| INTELLECTUAL VENTURES I LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1671 (LPS) |
| | ) | |
| T-MOBILE USA, INC. and | ) | |
| T-MOBILE US, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERICSSON INC. and | ) | |
| TELEFONAKTIEBOLAGET LM ERICSSON, | ) | |
| | ) | |
| Intervenors. | ) | |

INTELLECTUAL VENTURES I LLC, )
)
Plaintiff, )
)
v. )   C.A. No. 13-1672 (LPS)
)
UNITED STATES CELLULAR )
CORPORATION, )
)
Defendant. )
)
and )
)
ERICSSON INC. and )
TELEFONAKTIEBOLAGET LM ERICSSON, )
)
Intervenors. )

## DEFENDANTS AND INTERVENOR ERICSSON'S MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE EXPERT TESTIMONY

Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Evidence 702, Defendants AT&T Mobility LLC, AT&T Mobility II LLC, and New Cingular Wireless Services, Inc. (collectively, "AT&T"); Cricket Communications, Inc. ("Cricket"); Nextel Operations, Inc. and Sprint Spectrum L.P. (collectively, "Sprint"); T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively, "T-Mobile"); and U.S. Cellular Corp. ("U.S. Cellular") (all together, "Defendants"); and Intervenors Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") hereby move, as follows:

1.      Pursuant to Fed. R. Civ. P. 56, Defendants and Ericsson move for summary judgment of no infringement of U.S. Patent Nos. 6,640,248 (the "'248 Patent") and 5,602,831 (the "'831 Patent").[1]

---

[1]      Defendants Cricket and Sprint do not join the '248 Patent motion for summary judgment of no infringement because that patent is not asserted against them.

2.      Pursuant to Fed. R. Civ. P. 56, Defendant AT&T moves for summary judgment of no willful infringement of the '248 Patent.

3.      Pursuant to Fed. R. Civ. P. 56, Defendants T-Mobile and U.S. Cellular move for summary judgment of no willful infringement of the '248 Patent and the '831 Patent.

4.      Pursuant to Fed. R. Evid. 702, Defendants and Ericsson move to exclude the testimony of Plaintiff Intellectual Ventures I, LLC's damages expert, Walter Bratic.

5.      Pursuant to Fed. R. Evid. 702, Defendants and Ericsson move to exclude the testimony of Plaintiff Intellectual Ventures I, LLC's technical experts, Dr. Todd Moon and Richard Chandler, concerning comparative patent valuations.

6.      Pursuant to Fed. R. Civ. P. 56, Defendants and Ericsson move for summary judgment of invalidity of U.S. Patent No. 7,787,431 (the "'431 Patent"), for failure to satisfy the definiteness requirements of 35 U.S.C. § 112.

The grounds for these motions are set forth in Defendants and Ericsson's opening brief submitted herewith.

OF COUNSEL:

BAKER BOTTS LLP
Douglas M. Kubehl
Joseph D. Gray
Jeffery S. Becker
Johnson K. Kuncheria
Steven T. Jugle
Harrison G. Rich
Megan V. LaDriere
Jonathan Rubenstein
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980
(214) 953-6486
*Attorneys for Defendants T-Mobile USA, Inc.,
T-Mobile US, Inc., U.S. Cellular Corp., and
intervenors      Ericsson      Inc.      and
Telefonaktiebolaget LM Ericsson*

GIBSON, DUNN & CRUTCHER LLP
Josh Krevitt
Benjamin Hershkowitz
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Frederick S. Chung
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300
fchung@gibsondunn.com

*Attorneys for AT&T Mobility LLC, AT&T
Mobility II LLC, New Cingular Wireless
Services, Inc., Cricket Communications, Inc.,*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for AT&T Mobility LLC, AT&T
Mobility II LLC, New Cingular Wireless
Services, Inc., Cricket Communications, Inc.,
Nextel Operations, Inc., Sprint Spectrum, L.P.,
T-Mobile USA, Inc. and T-Mobile US, Inc.,
and Intervenors Ericsson Inc. and
Telefonaktiebolaget LM Ericsson*

David E. Finkelson
Kristen M. Calleja
MᶜGᴜɪʀᴇ Wᴏᴏᴅs LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
(804) 775-1000

Franklin D. Kang
355 South Grand Avenue, Suite 4200
Los Angeles, CA 90071
(213) 627-2268

*Attorneys for Sprint Spectrum LP and
Nextel Operations Inc.*

Asim M. Bhansali
David J. Silbert
R. Adam Lauridsen
Justina K. Sessions
Kᴇᴋᴇʀ & Vᴀɴ Nᴇsᴛ LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

*Attorneys for T-Mobile US, Inc. and T-Mobile
USA, Inc.*

February 22, 2017

## <u>RULE 7.1.1 STATEMENT</u>

Pursuant to D. Del. LR 7.1.1, the undersigned hereby confirms that counsel for defendants and Ericsson have conferred with counsel for plaintiff and that plaintiff opposes defendants and Ericsson's motions to exclude.

<u>/s/ Jennifer Ying</u>
Jennifer Ying (#5550)

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2017, upon the following in the manner indicated:

Brian E. Farnan, Esquire                          *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

Martin J. Black, Esquire                           *VIA ELECTRONIC MAIL*
Kevin M. Flannery, Esquire
Robert L. Masterson, Esquire
Joe Gribbin, Esquire
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
*Attorneys for Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

Joseph M. Abraham, Esquire                    *VIA ELECTRONIC MAIL*
Timothy F. Dewberry, Esquire
DECHERT LLP
300 West 6th Street, Suite 2010
Austin, TX  78701
*Attorneys for Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

Justin F. Boyce, Esquire                                                VIA ELECTRONIC MAIL
Philip C. Ducker, Esquire
Nisha N. Patel, Esquire
Shawn Johnson, Esquire
DECHERT LLP
2440 West El Camino Real, Suite 700
Mountain View, CA  94040-1499
*Attorneys for Intellectual Ventures I LLC and*
*Intellectual Ventures II LLC*

*/s/ Jennifer Ying*

_____
Jennifer Ying (#5550)